UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-00006-MOC-SCR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEVIN LEE SIMS, | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Reduced Sentence Pursuant to Amendment 821 of the United States Sentencing Guidelines. (Doc. No. 76). The Court will require the Government to respond to Defendant's motion for sentence reduction under Amendment 821 because it appears that Defendant was assessed two criminal history points for committing the instant offense while under a criminal justice sentence. (Doc. No. 61).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL** respond to Defendant's Motion for Reduced Sentence (Doc. No. 76) within 30 days of the entry of this order.

Signed: July 8, 2024

Max O. Cogburn Jr.
United States District Judge